UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRIAN KEITH COURTNEY,

    Plaintiff,

Case No. 2:15-CV-78

v.

Hon. Gordon J. Quist

UNKNOWN BECKETT, et al.,

    Defendants.

    _____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 11, 2016. The Report and Recommendation was duly served on Plaintiff on May 11, 2016. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 11, 2016 (ECF No. 30), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies (ECF Nos. 25, 28) are **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.

Dated: June 2, 2016

                                                  /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE